JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHIDAH ADAMS, | Case No. 8:21-cv-01744-JLS-JDE |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

**ORDER**

Upon consideration of the parties' Joint Stipulation and Order for Dismissal (Doc. 53), **IT IS HEREBY ORDERED:**

This case is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: May 26, 2022

JOSEPHINE L. STATON

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE